No. 346. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* BOWERS, ADMINISTRATRIX. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor*

*General Reed* for petitioner. *Messrs. Jay E. Darlington* and *William N. Haddad* for respondent. ▮

